FILED

2022 FEB -3 PM 12:02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | PLAINTIFF | CASE NUMBER: BY: RO |
|---|---|---|
| V. | | 2:22-mj-00456-DUTY-2 |
| Jose Angel Munoz Ramirez | DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# | | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: __02/02/22__ __7:30__ ☐ AM ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:

   __21 USC 846__

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☑ Yes Language: __Spanish__

7. Year of Birth: __1991__

8. Defendant has retained counsel: ☑ No
   ☐ Yes   Name: __N/A__   Phone Number: __N/A__

9. Name of Pretrial Services Officer notified: __Fernando Bulsuto__

10. Remarks (if any): __N/A__

11. Name: __Adam Cirillo__ (please print)

12. Office Phone Number: __213 407 5513__   13. Agency: __DEA__

14. Signature: __AC__   15. Date: __02/03/22__

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION